UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Curtis  JOHNSON,
Plaintiff,

v.
Wells Fargo N.A.
****,
Defendant.

-------------------------------------------------------X

COMPLAINT
(Jury Trial: YES ☐  NO ☑)

---

## I. PARTIES

1. Plaintiff, CJ Johnson, is an individual and primary account holder of a consumer banking account maintained with Defendant.

2. Defendant, Wells Fargo Bank, N.A., is a national banking institution conducting business within the United States, including within this judicial district.

---

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331 and/or § 1332, as the matter involves disputes affecting credit reporting, financial records, and consumer rights.

4. Venue is proper in this district because the Defendant conducts business within the Southern District of New York and the events giving rise to this claim occurred, in part, within this district.

---

## III. STATEMENT OF FACTS

5. Plaintiff maintained a financial account with Defendant on which an individual (the "Authorized User") was previously listed as an authorized user.

6. The Authorized User was subsequently removed from the account.

7. Despite removal, the account continues to appear on the Authorized User's credit report as a closed account associated with him.

8. This reporting has negatively affected the Authorized User's creditworthiness and ability to qualify for a mortgage.

9. Over the course of approximately one (1) year, Plaintiff and the Authorized User have made repeated attempts to obtain written confirmation from Defendant verifying that the Authorized User is no longer associated with the account.

10. Plaintiff contacted Defendant through multiple channels, including customer service and branch-level representatives, requesting documentation confirming the removal of the Authorized User.

11. Defendant failed to provide such documentation and indicated that no department within the institution was able or willing to produce formal proof of removal.

12. As a result, the Authorized User has been unable to provide mortgage underwriters with sufficient documentation to demonstrate that he is no longer financially tied to the account.

13. Plaintiff has been left with no administrative remedy and is therefore compelled to seek judicial intervention to obtain formal documentation or verification.

---

## IV. CLAIM FOR RELIEF

14. Defendant's failure to provide documentation confirming the removal of the Authorized User has caused ongoing financial harm and interference with the

Authorized User's ability to secure a mortgage.

15. Plaintiff seeks relief in the form of a court order compelling Defendant to:

a. Provide written verification that the Authorized User is no longer associated with the account;
b. Correct or clarify any internal records contributing to inaccurate or misleading credit reporting;
c. Provide any documentation necessary for submission to mortgage lenders and credit reporting agencies.

---

V. INJURIES

16. As a direct result of Defendant's actions and omissions:

a. The Authorized User has suffered credit-related harm;
b. Mortgage approval has been delayed or denied;
c. Plaintiff has incurred time, effort, and potential financial loss attempting to resolve the issue.

---

VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue an आदेश (order) compelling Defendant to provide official written confirmation that the Authorized User is no longer associated with the account;

2. Order Defendant to take corrective action regarding any records impacting the Authorized User's credit reporting;

3. Grant any additional relief the Court deems just and proper.

---

VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

---

VIII. CONTACT INFORMATION

Curtis Johnson
2075 Wallace Avenue Apt 744
Bronx, NY 10462
914-882-9308
perfectgentleman1911@gmail.com
---
*Curtis Johnson*
IX. SIGNATURE

Dated: March 30, 2026

---

Curtis Johnson
Plaintiff (Pro Se)

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Curtis Johnson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Wells Fargo Bank, N.A. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
Corporation Service Company

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Confirmation of the removal of authorized user associated with credit account ending in 4950.  Indicate the Full Legal name of authorized user, Date of Birth, and any other identifiable information. Dates that the authorized user was added and removed. A statement that authorized user is no longer associated or responsible

| Place: email address: perfectgentleman1911@gmail.com or mailing address of 119 Main ST Apt 1J Ridgefield Park, NJ 07660 | Date and Time: 04/20/2026 12:00 am |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).