UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS JOHNSON,

                 Plaintiff,

     -against-

WELLS FARGO N.A.,

                 Defendant.

26 CIVIL 002581 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the May 8, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

     SO ORDERED.

Dated:    May 12, 2026
            New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                   Chief United States District Judge