UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS JOHNSON,

Plaintiff,

-against-

WELLS FARGO N.A.,

Defendant.

26-CV-2581 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brought this action *pro se*. By order dated May 8, 2026, and entered on the court's docket on May 12, 2026, the Court dismissed this action for Plaintiff's failure to pay the fees to bring this action or submit an application to proceed *in forma pauperis* ("IFP"). (ECF 7.) The Clerk of Court entered a civil judgment on May 12, 2026. (ECF 8.) On May 11, 2026, after the Court dismissed the action, but before the order of dismissal and civil judgment were entered on the docket, counsel for Defendant filed a motion to dismiss the complaint. (ECF 6.)

Because this action is closed, the Court denies Defendant's motion to dismiss as moot. (ECF 6.)

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 13, 2026
          New York, New York

                                            /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge

2